948

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v VINCENT BARONE, Appellant-Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v V. REDDY KANCHARLA, Appellant-Respondent.

Submitted June 10, 2013; decided May 8, 2014

Motion to dismiss the People's cross appeals denied.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK GARRETT, Respondent.

Submitted May 5, 2014; decided May 8, 2014

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP NIEVES, Appellant.

Decided May 8, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Supreme Court entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL THOMPSON, Appellant.

Submitted April 14, 2014; decided May 8, 2014

Motion for reargument denied [see 22 NY3d 687 (2014)].